PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Marcus Stapleton                                    Cr.: 15-00533-001
                                                                      PACTS #: 1553311

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/05/2016
Date of Violation Sentence: 08/12/2019

Original Offense:   Count One: Forcibly Assaulting a Veterans Affairs Officer, 18 U.S.C. § 111(a)(1), 18 U.S.C. § 111(b)

Original Sentence: 46 months imprisonment, 36 months supervised release
Violation Sentence: 8 months imprisonment, 12 months supervised release

Special Conditions: $100 Special Assessment, $100,283.40 Restitution, Substance Abuse Testing, Drug Treatment, Mental Health Treatment, No New Debt/Credit, Alcohol Treatment, Alcohol Restrictions

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/29/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Marcus Stapleton has failed to make payments towards his restitution and has a balance of $100,283.40. |

U.S. Probation Officer Action:
We are respectfully requesting that the offender's supervision term be allowed to terminate on October 28, 2020, as the Financial Litigation Unit of the U.S. Attorney's Office will pursue collection of the remaining restitution balance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:   DANA HAFNER
      Senior U.S. Probation Officer

Prob 12A – page 2
Marcus Stapleton

/ dh

APPROVED:

*Donald L. Martenz, Jr.*            09/10/20
DONALD L. MARTENZ, JR.            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on October 28, 2020 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*s/Susan D. Wigenton, U.S.D.J.*
Signature of Judicial Officer

**September 11, 2020**
Date